IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOVEPREET SINGH-SANDHU, | : | 1:16-cv-58 |
| | : | |
| Petitioner, | : | |
| | : | Hon. John E. Jones III |
| | : | |
| CRAIG A. LOWE, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**January 14, 2016**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Emergency Petition for Issuance of a Writ of Habeas Corpus, and for a Stay of Removal (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. No certificate of appealability shall issue.

3. The Clerk of Court shall **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge